David Seror [State Bar No. 67488]
1925 Century Park East, 16th Floor
Los Angeles, CA  90067
Telephone: (310) 601-1219
Facsimile: (310) 551-0238

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ROGERSOUND LABORATORIES INC.<br><br><br>Debtor. | Case No. LA92-31551-BB<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDENDS**<br>**3011** |

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1291 in the sum of $ 54,079.68 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March 2-4, 2005

DAVID SEROR
Chapter 7 Trustee

-1-

| | | | | |
|---|---|---|---|---|
| 1 | 4 | Barbara Ann Fowler<br>22350-4 Germain St.<br>Chatsworth, CA 91311-7138 | $ | 212.71 |
| 2 | 6 | Fuji Photo Film U.S.A.<br>555 Taxter Rd.<br>Elmsford, NY 10523-2314 | $ | 12.53 |
| 3 | 15A | Stephanie Hurwitz<br>7500 Mason Ave. #117<br>Canoga Park, CA 91306-2891 | $ | 349.93 |
| 4 | 19A | Kermit D. Eller II<br>15129 Domingo St.<br>Van Nuys, CA 91411-1904 | $ | 202.78 |
| 5 | 20A | Randy L. Fauntz<br>1510 Goldrush Way<br>Oceanside, CA 92057-4841 | $ | 937.50 |
| 6 | 23A | Steve G. Brown<br>23704-5 El Toro Rd. #193<br>El Toro, CA 92630-4711 | $ | 500.00 |
| 7 | 24 | American Credit<br>300 St. Paul Pl, 4th Floor<br>Baltimore, MD 21202-2120 | $ | 19.63 |
| 8 | 25A | Richard W. Tucker<br>1511 Sherman Way #53<br>Van Nuys, CA 91406-4117 | $ | 187.62 |
| 9 | 28A | James B. Lewsadder<br>18551 Dearborn, Ste 59<br>Northridge, CA 91324-3020 | $ | 59.82 |
| 10 | 31 | Polygram Group Dist.<br>11150 Santa Monica Blvd., Ste 1100<br>Los Angeles, CA 90025-7202 | $ | 52.62 |
| 11 | 37A | Henry Knippenberg<br>13384 Vinewood<br>Moorpark, CA 93021-3018 | $ | 247.28 |
| 12 | 38A | Suzanne E. Thomas<br>1581 Glenbrock lane<br>Newbury Park, CA 91320-1806 | $ | 1,898.00 |
| 13 | 42A | Robin L. Nichols<br>13132 Barber St.<br>Westminster, CA 92683-4108 | $ | 2,000.00 |
| 14 | 45 | Melanie McCormick<br>201 Quincy Ave.<br>Long Beach, CA 90803-1624 | $ | 1,150.00 |

| # | | | | |
|---|---|---|---|---|
| 1 | 47 | Los Angeles Times<br>202 W 1st St.<br>Los Angeles, CA 90012 | $ | 538.83 |
| 3 | 48A | Patrick Parrot<br>5100 Laurel Canyon Blvd.<br>North Hollywood, CA 91607 | $ | 1,000.00 |
| 5 | 52A | Michael Verkinder<br>40 Massier<br>Foothill Ranch, CA 92610-2300 | $ | 812.50 |
| 7 | 54A | Stephen Noonan<br>633 N. La Jolla Ave.<br>Los Angeles, CA 90048-2236 | $ | 2,000.00 |
| 9 | 55A | Henry S. Gonzales<br>2244 28th St.<br>Santa Monica, CA 90405-1910 | $ | 500.00 |
| 11 | 57A | Robert E. Luedtke<br>POB 129<br>Frazier Park, CA 93225-0129 | $ | 339.06 |
| 13 | 61A | Blaine Tuggle<br>8531 Katherine Ave.<br>Panorama City, CA 91402-3105 | $ | 333.87 |
| 15 | 62A | Jo Husted<br>19504 Eagle Ridge Lane<br>Northridge, CA 91326-3872 | $ | 117.28 |
| 17 | 63A | Edward M. Applebaum<br>5400 Radford Ave., Apt 26<br>Valley Village, CA 91607-2250 | $ | 887.95 |
| 19 | 66 | Norman Thorlakson<br>2711 4th St. #3<br>Santa Monica, CA 90405-4234 | $ | 923.50 |
| 21 | 75 | Jay M. Perel<br>1313 Monte Verde Ave.<br>Upland, CA 91786-2828 | $ | 329.46 |
| 23 | 88 | Freedom Newspaper, Inc.<br>POB 11867<br>Santa Ana, CA 92711-1867 | $ | 127.78 |
| 25 | 105A | Ernie G. Bornn-Gilman<br>1036 Zook Dr.<br>Glendale, CA 91202-2623 | $ | 718.76 |
| 27 | 108 | Jill M. Morris<br>2058 Linnington Ave.<br>Los Angeles, CA 90025-5902 | $ | 100.00 |

| # | | | |
|---|---|---|---|
| 115 | Super Shield 27992 Camino Capistrano #D Laguna Niguel, CA 92677-1108 | $ | 8.43 |
| 116 | California Audio Labs 16812 Gothard St. Huntington Beach, CA 92647-4557 | $ | 1,999.74 |
| 120A | Mark Elkin 9601 Sepulveda Blvd. #1 N. Hills, CA 91343-3322 | $ | 274.56 |
| 123 | Brady Scott Gish 5114 N. Glendora Ave. Covina, CA 91724-1036 | $ | 1,227.95 |
| 126A | Marie De Leon 137 N. Magnolia Ave. Monrovia, CA 91016-2132 | $ | 450.00 |
| 127 | James Dean Richie 2606 Corydon Ave. Norco, CA 91760-2209 | $ | 192.87 |
| 128 | Chrystopher Smith 3324 Castle Heights #320 West Los Angeles, CA 90034-2732 | $ | 1,246.72 |
| 130 | Bruce Alan Butcher 2039 Tenth St. Cuyahoga Falls, OH 44221-3128 | $ | 1,108.20 |
| 134 | Murray H. Dashe 1945 Smokey Ridge Ave. Westlake Village, CA 91362-5262 | $ | 431.36 |
| 135 | Charles Davis 6550 Wilkinson Ave. N. Hollywood, CA 91606-2320 | $ | 120.06 |
| 143 | Pacific Bell Van Nuys, CA 91388 | $ | 27.76 |
| 146A | Thomas Sedgwick 17682 Beach Blvd. #101 Huntington Beach, CA 92647-6812 | $ | 900.00 |
| 154 | Telecredit Service Attn: Legal Department 5301 E. Idlewild Ave. Tampa, FL 33634-8032 | $ | 8.28 |
| 155 | Xerox Corp. P.O. Box 25076 Santa Ana, CA 92799-5076 | $ | 9.94 |

| | | | |
|---|---|---|---|
| 157 | GTE California Inc.<br>Attn: RC 2325<br>P.O. Box 6023<br>Cerritos, CA 90702-6023 | $ | 19.36 |
| 166 | LA Cellular Telephone<br>C/o Walter K. Oetzell<br>3330 S. Grand Ave. Ste 3400<br>Los Angeles, CA 90071-3193 | $ | 129.39 |
| 167 | Jerome Tamkin<br>William Litvak<br>1801 Century Park East #1510<br>Los Angeles, CA 90067-2317 | $ | 33.04 |
| 171 | Am Exp Travel<br>1661 East Camelback Rd.<br>Phoenix, AZ 85016-3911 | $ | 23.73 |
| 172 | GTE California<br>Attn: RC 2325<br>P.O. Box 6023<br>Cerritos, CA 90702-6023 | $ | 19.42 |
| 179 | SSI Products, Inc.<br>11836 Clark St.<br>Arcadia, CA 91006-6000 | $ | 10.03 |
| 183 | Southern Calif Edison<br>Attn: Trasurer's Dept. CR Div<br>6724 South Bright Ave.<br>Whittier, CA 90601-4306 | $ | 32.15 |
| 185B | Dennis Vargas<br>V & R Investments<br>1280 Bison Suite B9-464<br>Newport Beach, CA 92660-4204 | $ | 787.68 |
| 186 | Amer Manuf Mutual Ins.<br>Attn: Colleen P Nolan<br>80 Blue Ravine Rd.<br>Folsom, CA 95630-4715 | $ | 176.99 |
| 188 | Thomas Sedgwick<br>Elaine V. Norton<br>17682 Beach Blvd. #101<br>Huntington Beach, CA 92647-6812 | $ | 5.42 |
| 190 | Resolution Trust Corp.<br>Homefed Bank, FA<br>707 Broadway, 7th Floor<br>San Diego, CA 92101-5311 | $ | 28,208.98 |

| | | | |
|---|---|---|---|
| 191 | Sharp Electronics Corp.<br>Attn: Carol J. Hall<br>P.O. Box 650<br>Mahwah, NJ 07430-0650 | $ | 43.61 |
| 194 | AT & T<br>P.O. Box 8100<br>Fox Valley, IL 60598-8100 | $ | 24.60 |